```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---------------------------------------
| GORILLA TECHNOLOGY GROUP INC, |
|                               |
|         Plaintiff,            |
|                               |
|     -v-                       |
|                               |
| SHADYSIDE PARTNERS, LLC et    |
| al,                           |
|                               |
|         Defendants.           |
---------------------------------------

25-cv-3142(JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 30, 2025, the parties in the above-captioned case informed the Court that they have reached a settlement in principle. Accordingly, the Court hereby stays the case for 30 days from the date hereof and suspends all pending deadlines.

SO ORDERED.

New York, NY
June 30, 2025

_____
JED S. RAKOFF, U.S.D.J.

1