**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

---

GORILLA TECHNOLOGY GROUP INC.,

Plaintiff,

-against-

SHADYSIDE PARTNERS, LLC *DBA* CULPER RESEARCH and CHRISTIAN LAMARCO,

Defendants.

Civil Action No. 1:25-cv-3142 (JSR)

---

**STIPULATION AND [PROPOSED] ORDER OF SETTLEMENT AND DISMISSAL**

---

PILLSBURY WINTHROP SHAW PITTMAN LLP

Ari M. Berman
David Oliwenstein
Logan Burkhead (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Tel: (212) 858-1000
Fax: (212) 858-1500
ari.berman@pillsburylaw.com
david.oliwenstein@pillsburylaw.com
logan.burkhead@pillsburylaw.com

*Attorneys for Plaintiff Gorilla Technology Group Inc.*

FLEISCHMAN BONNER & ROCCO LLP

Patrick L. Rocco
Tyler E. Van Put
445 Hamilton Ave., Suite 402
White Plains, New York 10601
Tel: (914) 278-5100
Fax: (917) 591-5245
procco@fbrllp.com
tvanput@fbrllp.com

*Attorneys for Defendants Shadyside Partners, LLC and Christian Lamarco*

1

## STIPULATION OF SETTLEMENT

WHEREAS, this Stipulation and Order of Settlement and Dismissal, dated July 18, 2025 (the "Stipulation") in the above-captioned action (the "Action"), is entered into by and between: Plaintiff Gorilla Technology Group Inc. ("Gorilla") and Defendants Christian Lamarco ("Lamarco") and Shadyside Partners LLC, dba Culper Research ("Culper") (together "Defendants"), by and through their respective counsel;

WHEREAS, the Parties entered into a Confidential Settlement Agreement on July 18, 2025 (the "Settlement") resolving all claims against each other;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel as follows:

1. The Parties hereby agree that the above-captioned action is dismissed with prejudice, as to the named Defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be executed, by their duly authorized attorneys, dated July 18, 2025.

| PILLSBURY WINTHROP SHAW PITTMAN LLP | FLEISCHMAN BONNER & ROCCO LLP |
|---|---|
| By: _____<br>Ari M. Berman<br>David Oliwenstein<br>Logan Burkhead<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Tel: (212) 858-1000<br>Email: ari.berman@pillsburylaw.com | By: _____<br>Patrick L. Rocco<br>Tyler E. Van Put<br>445 Hamilton Ave., Suite 402<br>White Plains, New York 10601<br>Tel: (914) 278-5100<br>Email: procco@fbrllp.com |
| *Attorneys for Plaintiff Gorilla Technology Group Inc.* | *Attorneys for Defendants Shadyside Partners, LLC dba Culper Research and Christian Lamarco* |

**SO ORDERED:**

_____
HON. JED S. RAKOFF
United States District Court Judge

Dated: ____7/21/25____
       New York, New York